HUTCHINSON *v.* COLUMBUS POWER COMPANY *et al.*

HILL, J. The defendants having pleaded that they were residents of counties of . this State other than that of the venue of suit, and the evidence authorizing a finding that the plea was true, this court will not reverse the judgment refusing to grant an injunction against the defendants, as ancillary to any equitable relief prayed against them. *Etowah Milling Co.* v. *Crenshaw,* 116 *Ga.* 406 (42 S. E. 709).

> *Judgment affirmed. All the Justices concur.*
> NOVEMBER 12, 1913.

Petition for injunction. Before Judge Freeman. Troup superior court. August 30, 1913.

*M. U. Mooty, A. J. Andrews,* and *Henry Reeves,* for plaintiff.
*Frank U. Garrard* and *A. H. Thompson,* for defendants.